UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**                                            **1/27/06**
**OFFICE**                                          **DATE OF PROCEEDINGS**

**MAGISTRATE JUDGE PATTY SHWARTZ**
**DEPUTY CLERK: Amy Andersonn**

**TITLE OF CASE**:                                06-CR-65 (JLL)

     USA v. RAJ MUKHERJI

**APPEARANCES:**

Phil Degnan, AUSA for Govt
Jim Plastad, Esq. for defendant

**NATURE OF PROCEEDING:** Initial Appearance

Defendant appeared before Mag. Judge Shwartz.
Defendant informed of his rights.
Ordered bail set: $100,000.00 secured by 10% cash with a co-signor, travel restricted to the District of New Jersey, travel to New York for employment purposes only, report to Pretrial services, mental health evaluation, etc.

**Commenced: 2:35 p.m.**
**Adjourned: 2:50 p.m.**
**CD/Index #: S06-**1

                                                                         *Amy Andersonn*
                                                                          **Deputy Clerk**