# GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
### A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
ONE RIVERFRONT PLAZA
NEWARK, N.J. 07102-5496
973-596-4500

www.gibbonslaw.com

KELLY ANN HARRIS
Associate
(973) 596-4483

DIRECT FACSIMILE
(973) 639-6225
kharris@gibbonslaw.com

February 14, 2006

Honorable Jose L. Linares
United States District Court
Martin Luther King, Jr. Federal
Bldg. and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: **_United States v. Raj Mukherji,_**
           **Criminal No: 2:06-CR-00065(JLL)**

Dear Judge Linares:

    This Firm represents the defendant in the above-referenced matter. Please accept this letter as confirmation of my February 14, 2006 conversation with Lissette Rodriguez, during which Mr. Mukherji's arraignment hearing, which had been originally scheduled for Wednesday, February 15, 2006 at 11:30 a.m., was rescheduled--at my request and with the Government's consent--for March 2, at 11:00 a.m.

    Thank you for your kind attention to this matter. If I may be of any assistance, please do not hesitate to contact me.

                              Respectfully submitted,

                              Kelly Ann Harris

KAH/dg

cc:    Lissette E. Rodriguez, Courtroom Deputy
        Philip J. Degnan, A.U.S.A.
        Mr. Raj Mukherji