**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES**

Judge: JOSE L. LINARES                                    Date:   03/02/06
Court Reporter:   PHYLLIS LEWIS                           Docket No: CR. 06-65 (JLL)

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
RAJ MUKHERJI

<u>Appearances:</u>

Phillip James Degnan - AUSA
Kawrence S. Lustberg & Kelly A. Harris - Attorneys for Defendant

<u>Nature of Proceedings</u>:  **ARRAIGNMENT**

PLEA: NOT GUILTY to Counts 1-6 of  Indictment
Order for Discovery and Inspection fld.
Defense Motions Due: 03/08/06; Government Opposition Due: 03/15/06;  Motions Returnable: 03/27/06; Trial Date: 04/03/06  at 10:00 a.m.
Ordered bail continued.

                                                         /s/ Lissette Rodriguez, Courtroom Deputy
                                                         to the Honorable Jose L. Linares, U.S.D.J.


Commenced: 11:05 a.m.
Concluded:   11:15 a.m.