UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :   Hon. Lose L. Linares, U.S.D.J.

         v.                   :   Crim. No. 06-65

RAJ MUKHERJI               :   ORDER

This matter having been opened to the Court by defendant Raj Mukherji (Lawrence S. Lustberg, Esq., appearing) and Christopher J. Christie, United States Attorney for the District of New Jersey (Philip James Degnan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.   The parties are conducting plea negotiations. Successful resolution of these negotiations would render the presentation of this matter to a jury for trial in this matter unnecessary.

2.   Defendant Mukherji has consented to the aforementioned continuance.

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy

1

trial.

WHEREFORE, it is on this $2nd$ day of March 2006,

ORDERED that the proceedings in the above-captioned matter are continued from March 2, 2006 through May 1, 2006;

IT IS FURTHER ORDERED that the period between March 2, 2006 through May 1, 2006 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than May 1, 2006;

IT IS FURTHER ORDERED that any response by the Government to defendants' motions shall be filed no later than May 15, 2006;

IT IS FURTHER ORDERED that any reply by the defendant to the Government's response shall be filed no later than May 22, 2006;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on May 29, 2006; and

IT IS FURTHER ORDERED that the trial in this matter will commence on June 5, 2006 at 10:00 a.m.


_____
HONORABLE JOSE L. LINARES
United States District Judge


_____
Lawrence S. Lustberg, Esq.


2