UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAJ MUKHERJI,<br><br>Defendant. | CRIMINAL NO.: 06-65<br><br>Before:   Honorable Jose L. Linares<br>         United States District Judge<br><br>**CONSENT ORDER<br>MODIFYING BAIL** |

This matter having come before the Court upon the application of defendant Raj Mukherji, by and through his attorneys, Gibbons P.C., Michael A. Baldassare, Esq., appearing, for an Order modifying the bail conditions set on January 27, 2006, and the United States Attorney's Office for the District of New Jersey, Michael Hammer, Assistant U.S. Attorney, appearing, having consented to the requested modification, and for good cause shown,

IT IS It is on this __16th__ day of August, 2007,

**ORDERED** that the defendant is permitted to travel to Camp Wilson, MCAGCC 29 Palms, in California to participate in United States Marine Corps military training commencing on August 18, 2007 and continuing through and including August 31, 2007; and it is further

**ORDERED** that the defendant is permitted to possess and use firearms in connection with the military training set forth above, and all other military training or service in the future, provided that all firearms are issued to the defendant by the United States Marine Corps, used in connection with his training or service to the United States Marine Corps, and returned to the United States Marine Corps as instructed by that branch of the U.S. Armed Forces, and provided that the defendant shall not otherwise posses or use any firearm; and it is further

**ORDERED** that all other bail conditions shall remain the same unless and until they are modified by this Court.

_____
Honorable Jose L. Linares,
United States District Judge