# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 06-00065 |
| v. | |
| RAJ MUKHERJI | Before:   Honorable Jose L. Linares |
| Defendant. | United States District Judge |
| | **CONSENT ORDER** |

This matter having come before the Court upon the application of defendant Raj Mukherji, by and through his attorneys, Gibbons P.C., Michael A. Baldassare, Esq., appearing, for an Order to have the $100,000.00 secured bond lifted for the period beginning September 27, 2007 through October 5, 2007 in order for the defendant to purchase the real property known as 122 Ogden Avenue #2, Jersey City, New Jersey;

And it appearing that the Assistant United States Attorney Philip James Degnan, consents to the form of Order;

**IT IS** on this _27th_ day of September, 2007,

**ORDERED** that the $100,000.00 secured bond be lifted for the period beginning September 26, 2007 through October 5, 2007 in order for defendant Raj Mukherji to purchase the real property known as 122 Ogden Avenue #2, Jersey City, New Jersey; and

**IT IS FURTHER ORDERED** that all other conditions of pretrial release shall remain in effect during this period.

Honorable Jose L. Linares,
United States District Judge

I hereby consent to the entry
of the within Order

_____
Philip James Degnan, Ass't U.S. Attorney