UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAJ MUKHERJI,<br><br>DEFENDANT. | Cr. No. 06-0065 (JLL)<br><br>NOTICE OF MOTION<br>FOR MODIFICATION OF CONDITIONS<br>OF PRETRIAL RELEASE |

TO:   Philip James Degnan
      Assistant United States Attorney
      United States Attorney's Office
      970 Broad Street
      Newark, New Jersey 07102

PLEASE TAKE NOTICE, defendant Raj Mukherji, through his counsel, Gibbons P.C., Lawrence S. Lustberg, Esq., appearing, hereby moves before the Honorable Jose L. Linares, United States District Judge, for an Order altering his conditions of pretrial release. In support of that motion, defendant Mukherji relies upon the brief filed herewith and the oral argument of counsel.

GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

*Attorneys for Defendant*
*Raj Mukherji*


By: /s/ Lawrence S. Lustberg
       Lawrence S. Lustberg

Date:  December 11, 2007