UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAJ MUKHERJI<br><br>Defendant. | CRIMINAL NO.: 06-00065<br><br><br><br>**ORDER** |

This matter having come before the Court upon the application of defendant Raj Mukherji, by and through his attorneys, Gibbons P.C., Michael A. Baldassare, Esq., appearing, and the United States of America, Philip J. Degnan, Assistant U.S. Attorney, appearing, as well as the United States Pretrial Services Office having consented to the relief granted herein, and for other good cause shown,

IT IS on this __21st__ day of December 2007:

ORDERED that the defendant's conditions of pretrial release are hereby modified by deleting the requirement that he post $10,000.00 in cash as security; and it is further

ORDERED that the $10,000.00 currently posted shall be immediately released and disbursed in either cash or check payable to "Gibbons P.C."; and it is further

ORDERED that, if paid by check, the check shall be sent via overnight mail, *e.g.*, Federal Express, to Gibbons P.C., One Gateway Center, Newark, New Jersey 07102-5310, and that the expense for such mailing shall be paid by Gibbons P.C.; and it is further

ORDERED that all other conditions of the defendant's pretrial release shall remain unchanged.

_____
Honorable Jose L. Linares
United States District Judge