UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   Hon. Jose L. Linares, U.S.D.J.

           v.      :   Crim. No. 06-65

RAJ MUKHERJI      :   ORDER

    This matter having been opened to the Court by defendant Raj
Mukherji (Michael A. Baldassare, Esq., appearing) and Christopher
J. Christie, United States Attorney for the District of New Jersey
(Philip James Degnan, Assistant U.S. Attorney, appearing) for an
order granting a 60-day continuance of the proceedings in the
above-captioned matter, and the defendant being aware that he has
the right to have the matter tried within seventy days of the
filing date of the Indictment, pursuant to Title 18 of the United
States Code, Section 3161(c), and the defendant having waived such
right, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

    1.   The parties are conducting plea negotiations.  Successful
resolution of these negotiations would render the presentation of
this matter to a jury for trial in this matter unnecessary.

    2.   Defendant Mukherji has consented to the aforementioned
continuance.

    3.   Pursuant to Title 18 of the United States Code, Section
3161(h)(8), the ends of justice served by granting the continuance
outweigh the best interests of the public and the defendants in a
speedy trial.

WHEREFORE, it is on this 16th day of April 2008,

ORDERED that the proceedings in the above-captioned matter are continued from April 14, 2008 through June 10, 2008;

IT IS FURTHER ORDERED that the period between April 14, 2008 through June 10, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than June 10, 2008;

IT IS FURTHER ORDERED that any response by the Government to defendants' motions shall be filed no later than July 1, 2008;

IT IS FURTHER ORDERED that any reply by the defendant to the Government's response shall be filed no later than July 8, 2008;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on TBD; and

IT IS FURTHER ORDERED that a pretrial conference will be held on TBD.

IT IS FURTHER ORDERED that the trial in this matter will commence on TBD.


HONORABLE JOSE L. LINARES
United States District Judge