UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Hon. Jose L. Linares, U.S.D.J.

v.   :   Crim. No. 06-65

RAJ MUKHERJI   :   ORDER

This matter having been opened to the Court by defendant Raj Mukherji (Michael A. Baldassare, Esq., appearing) and Christopher J. Christie, United States Attorney for the District of New Jersey (Philip James Degnan, Assistant U.S. Attorney, appearing) for an order granting a 60-day continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties are conducting plea negotiations. Successful resolution of these negotiations would render the presentation of this matter to a jury for trial in this matter unnecessary.

2. Defendant Mukherji has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 12 day of June 2008,

ORDERED that the proceedings in the above-captioned matter are continued from June 10, 2008 through August 10, 2008;

IT IS FURTHER ORDERED that the period between June 10, 2008 through August 10, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than August 11, 2008, 2008;

IT IS FURTHER ORDERED that any response by the Government to defendants' motions shall be filed no later than September 1, 2008;

IT IS FURTHER ORDERED that any reply by the defendant to the Government's response shall be filed no later than September 8, 2008;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on TBD; and

IT IS FURTHER ORDERED that a pretrial conference will be held on TBD.

IT IS FURTHER ORDERED that the trial in this matter will commence on TBD.

_____
HONORABLE JOSE L. LINARES
United States District Judge

2