UNITED STATES DISTRICT COURT
                              DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA        :   Hon. Jose L. Linares, U.S.D.J.

                v.              :   Crim. No. 06-65

RAJ MUKHERJI                    :   ORDER

     This matter having been opened to the Court by defendant Raj

Mukherji (Michael A. Baldassare, Esq., appearing) and Christopher

J. Christie, United States Attorney for the District of New

Jersey (Philip James Degnan, Assistant U.S. Attorney, appearing)

for an order granting a 60-day continuance of the proceedings in

the above-captioned matter, and the defendant being aware that he

has the right to have the matter tried within seventy days of the

filing date of the Indictment, pursuant to Title 18 of the United

States Code, Section 3161(c), and the defendant having waived

such right, and for good and sufficient cause shown,

     IT IS THE FINDING OF THIS COURT that this action should be

continued for the following reasons:

     1.   The parties are conducting plea negotiations.

Successful resolution of these negotiations would render the

presentation of this matter to a jury for trial in this matter

unnecessary.

     2.   Defendant Mukherji has consented to the aforementioned

continuance.

3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 18th day of August 2008,

ORDERED that the proceedings in the above-captioned matter are continued from August 10, 2008 through October 10, 2008;

IT IS FURTHER ORDERED that the period between August 10, 2008 through October 10, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

HONORABLE JOSE L. LINARES
United States District Judge

2