**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES**

Judge: JOSE L. LINARES  Date:  09/17/08
Court Reporter:  Docket No: CR. 06-65 (JLL)

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
RAJ MUKHERJI

<u>Appearances:</u>

Phillip James Degnan - AUSA
Michael Baldassare - Attorneys for Defendant

<u>Nature of Proceedings:</u>

Status Conference held in chambers.

/s/ Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.

Commenced: 11:05 a.m.
Concluded:   11:15 a.m.