UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES  
Court Reporter: PHYLLS T. LEWIS  

Date: 10/16/08  
Docket No: CR. 06-65 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
RAJ MUKHERJI

Appearances:

Phillip James Degnan - AUSA
Michael Baldassare & Jed Goldstein - Attorneys for Defendant

Nature of Proceedings:

Status Conference held.
Jury Trial set for 01/20/09 @ 10:00 a.m.
OTBS

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.

Commenced: 11:30 a.m.
Concluded:   12:15 p.m.