UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :    Hon. Jose L. Linares, U.S.D.J.

      v.                              :    Crim. No. 06-65

RAJ MUKHERJI                     :    ORDER

    This matter having been opened to the Court by defendant Raj Mukherji (Michael A. Baldassare, Esq., appearing) and Christopher J. Christie, United States Attorney for the District of New Jersey (Philip James Degnan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    The parties are conducting plea negotiations. Successful resolution of these negotiations would render the presentation of this matter to a jury for trial in this matter unnecessary.

    2.    Defendant Mukherji has consented to the aforementioned continuance.

    3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 17th day of October 2008,

ORDERED that the proceedings in the above-captioned matter are continued from August 10, 2008 through January 20, 2009;

IT IS FURTHER ORDERED that the period between August 10, 2008 through January 20, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file a suppression motion, his motion shall be filed no later than October 27, 2008;

IT IS FURTHER ORDERED that any response by the Government to defendant's suppression motion shall be filed no later than November 3, 2008;

IT IS FURTHER ORDERED that any reply by the defendant to the Government's response shall be filed no later than November 6, 2008;

IT IS FURTHER ORDERED that if the defendant intends to file additional pretrial and *in limine* motions, his motions shall be filed no later than November 24, 2008;

IT IS FURTHER ORDERED that any response by the Government to defendant's motions and any affirmative Government pretrial motions shall be filed no later than December 19, 2008;

IT IS FURTHER ORDERED that any reply and/or opposition by the defendant to the Government's response and affirmative motions shall be filed no later than December 31, 2008;

IT IS FURTHER ORDERED that oral argument as to any such pretrial and <u>in limine</u> motions shall be held on <u>January 12, 2009</u>; and

IT IS FURTHER ORDERED that the trial in this matter will commence on <u>January 20, 2009</u>.

_____
HONORABLE JOSE L. LINARES
United States District Judge