## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>RAJ MUKHERJI,<br><br>    Defendant. | CRIMINAL NO.: 06-65<br><br>Filed Electronically<br><br>**NOTICE OF DEFENDANT<br>RAJ MUKHERJI'S MOTION<br>TO SUPPRESS EVIDENCE** |

TO:   Philip James Degnan,
        Assistant United States Attorney
      United States Attorney's Office
      970 Broad Street
      Newark, New Jersey 07102

PLEASE TAKE NOTICE that defendant Raj Mukherji, through his counsel, Gibbons P.C., Michael A. Baldassare, Esq., appearing, hereby moves before the Honorable Jose L. Linares, United States District Judge, for an order suppressing the evidence seized on November 8, 2004. In support of that motion, defendant Mukherji relies upon the brief filed herewith, the reply brief to be filed, the oral argument of counsel, and any supplemental briefs permitted by the Court.

                                    GIBBONS P.C.
                                    One Gateway Center
                                    Newark, New Jersey 07102-5310
                                    (973) 596-4500

                                    *Attorneys for Defendant*
                                    *Raj Mukherji*


                                    By: /s/ Michael A. Baldassare
                                            Michael A. Baldassare

                                    Date:  October 27, 2008