UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-65 (JLL) |
| RAJ MUKHERJI, | : | **ORDER** |
| Defendant. | : | |

**LINARES**, District Judge.

This matter, having come before the Court by way of Defendant Mukherji's motion to suppress the evidence [CM/ECF Docket Entry No. 33], and the Court finding that the motion raises a contested issue of material fact regarding whether or not Defendant consented to the November 4, 2004 search,

**IT IS** on this **10th day of November, 2008,**

**ORDERED** that a suppression hearing is scheduled for **December 3, 2008, at 10 AM.**

**IT IS SO ORDERED**.

/s/ Jose L. Linares
United States District Judge