UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK

Judge:      JOSE L. LINARES                                    Date: 12/22/2008
Court Reporter:   PHYLLIS LEWIS                    Docket No: CR. 06-65 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
RAJ MUKHERJI

Appearances:

Philip J. Degnan, AUSA
Michael Baldassare, Attorney for Defendant

Mertice Evans, USPTS

Nature of Proceedings: **Change of Plea Hearing**

Defendant sworn.
Deft. retracts plea of Not Guilty and Plead Guilty to Count 4 of the Indictment
Rule 11 fld.
Plea Agreement fld.
Ordered sentence date for 01/13/09 @ 2:00 p.m.
Ordered bail continued

Commenced:   4:30 p.m.
Concluded:    5:00 p.m.

                                                            Lissette Rodriguez, Courtroom Deputy
                                                            to the Honorable Jose L. Linares, U.S.D.J.