RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street Room 700
Newark, NJ 07102
Tel.973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321

April 2, 2009

*UNITED STATES DISTRICT COURT*
  *DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. JOSE L. LINARES** |
| *PLAINTIFF,* | : | *CRIMINAL No. 06-065-01* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **RAJ MUKHERJI,** | : | |
| *DEFENDANT*. | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Raj Mukherji.

RALPH J. MARRA, JR.
ACTING UNITED STATES ATTORNEY


            s/ LEAH A. BYNON
By:   LEAH A. BYNON
      ASSISTANT U.S. ATTORNEY