# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Jose L. Linares, U.S.D.J. |
| v. : | Crim. No. 06-65 |
| RAJ MUKHERJI, : | ORDER RETURNING PASSPORT |
| Defendant. : | |

It appearing from the record that the defendant's passport posted with the Clerk in connection with his pretrial release on bond should be returned as this case has been concluded,

IT IS ORDERED that the passport be returned to the defendant.

_____
HONORABLE JOSE L. LINARES
United States District Judge

DATED: April 7th, 2010